IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01649-ZLW

JEFFREY IAN, also known as
JEFF I. SHERMAN, also known as
JEFFREY IAN SHERMAN, also known as
JEFF SHERMAN,

    Plaintiff,

v.

ROSA LOMAS,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, Jeffrey Ian, also known as Jeff I. Sherman, Jeffrey Ian Sherman, and Jeff Sherman, initiated this action by filing *pro se* a complaint titled "Libel of Review" and subtitled "common law counterclaim in admiralty – notice lis pendens and – verified statement of right – Re: God-given unalienable rights in the original estate – Article III, Constitution." He has paid the $350.00 filing fee. Jurisdiction is not clearly or succinctly stated. Mr. Ian apparently seeks injunctive relief.

On August 15, 2007, the Court ordered Mr. Ian to submit within thirty days an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The Court warned Mr. Ian that if he failed within the time allowed to submit an amended complaint that complied with the August 15 order within the time allowed, the complaint and the action would be dismissed without further

notice. On August 24, 29, and 31, 2007, and on September 15, 2007, Mr. Ian submitted documents to the Court, none of which satisfies the directives in the August 15 order. Therefore, the complaint and the action will be dismissed for failure to comply with the August 15 order within the time allowed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for Plaintiff's failure to comply with the August 15, 2007, order for an amended complaint as directed within the time allowed.

DATED at Denver, Colorado, this   14   day of      November     , 2007.

BY THE COURT:

*(signature)*

ZITA L. WEINSHIENK, Senior Judge
United States District Court